## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                                        )
                                              )
**KEVIN K. MURRAY**                           )      **Case No. 15-80612**
    **SSN: xxx-xx-4481**            )      **Chapter 13**
**KELLY D. WILLIAMS**                         )
    **SSN: xxx-xx-6256**            )
                                              )
**796 IDABEL**                                )
**WILSON, OK 73463**                          )
            **Debtor(s).**        )

## WITNESS LIST

| DATE OF HEARING<br>**January 7, 2016** | | OPERATOR | | | | PAGE<br>NO. |
|---|---|---|---|---|---|---|
| WITNESS NO. | NAME | DIRECT | CROSS | REDIR | RECROSS | JUDGE |
| 1. | William Bonney | | | | | |
| 2. | Kevin Murray | | | | | |
| 3. | Kelly Williams | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Respectfully Submitted**

*/s/ William M. Bonney*
William M. Bonney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

IN RE: )
)
KEVIN K. MURRAY ) Case No. 15-80612
    SSN: xxx-xx-4481 ) Chapter 13
KELLY D. WILLIAMS )
    SSN: xxx-xx-6256 )
)
796 IDABEL )
WILSON, OK 73463 )
            Debtor(s). )

## EXHIBIT LIST

| DATE OF HEARING<br>**January 7, 2016** | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION** | **ID** | **ADMIT** | **REJECT/WD** |
| A. | Case Status Report | | | |
| B. | Proposed Plan Summary (DE #38) | | | |
| C. | Claims Register | | | |
| D. | Proof of Claim filed by Oklahoma Centralized Support Registry (Claim 7-1) | | | |
| E. | Proof of Claim filed by Internal Revenue Service (Claim 3-1) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Respectfully Submitted**

*/s/ William M. Bonney*
         William M. Bonney