UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: Murray, Kevin Keith | ) | |
| Murray, Dawn Williams | ) | Case No.: 15-80612 |
| | ) | Chapter 13 |
| Debtors | ) | |

**AMENDED PLAN AND SUMMARY, NOTICE OF
INCORPORATION OF TERMS OF ORIGINAL PLAN AND
STATEMENT OF CHANGES TO PROVISIONS OF SECURED CLAIMS**

**COMES NOW**, the Debtors, by and thorough their attorney, Jimmy L. Veith, P.C., and files their Amended Summary of Plan, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims:

1. The Debtors have attached hereto their Amended Plan and Summary, which provides for a term of 60 months. All terms contained in the Original Plan (except the Summary) filed on 7-28-15, are incorporated by reference.

2. Pursuant to 11 U.S.C. § 1323(b) the modifications contained in the Amended Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

3. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| CREDITOR | COLLATERAL | DESCRIPTION OF THE CHANGE |
|---|---|---|
| American Nat'l Bank | 2010 travel trailer | The secured claim of $6,899.23 will be paid 6.00% interest, 59 payments of $136.67 beginning in month 2. |
| Auto Ranch | 2001 Ford F-150 | The secured claim of $5,791.40 will be paid 6.00% interest, 59 payments of $114.73 beginning in month 2. |
| Embrace Home Loans, | Homestead | This creditor shall receive the regular monthly payments of $1,021.26, beginning in month 4, and the pre-petition arrearage claim of $15,000.00 and the post-petition arrearage claim of $4,085.04 will be paid in full without interest over the life of the plan. |

Dated: 1/29/2016

/s/   Jimmy L. Veith_____

**AN AMENDED SUMMARY OF PLAN IS ATTACHED HERETO.**

# Summary of Plan

Debtor(s): Murray, Kevin & Williams, Kelly      Case No. 15-80612      Dated: 1/29/2016

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2010 travel trailer | American National Bank | $ 6,899.23 | | 6.0000% | 2 | 60 | $136.67 | Trustee | 59 | $8,063.78 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | 2001 Ford F150 pickup | Auto Ranch | $ 5,791.40 | | 6.0000% | 2 | 60 | $114.73 | Trustee | 59 | $6,768.95 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Homestead | Embrace Home Loans, Inc. | $ 127,252.69 | | contract | 4 | 60 | $1,021.26 | Trustee | 57 | $58,211.82 |
| II.B. | Homestead | Embrace Home Loans, Inc. | $ 15,000.00 | | 0.0000% | 7 | 60 | $277.78 | Trustee | 54 | $15,000.00 |
| II.B. | Homestead | Embrace Home Loans, Inc. | $ 4,085.04 | | 0.0000% | 7 | 60 | $75.65 | Trustee | 54 | $4,085.04 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | Child Support (See Comment #1.) | Oklahoma Child Support Service | $ 24,841.79 | | 0.0000% | 1 | 60 | $100.00 | Trustee | 60 | $6,000.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Jimmy L. Veith, PC | | | | | | | Trustee | | $3,185.00 |
| IV.B. | Real property & personal tax | Carter County Treasurer | | | | | | | Trustee | | $717.54 |
| IV.B. | income taxes | Okla. Tax Commission | | | | | | | Trustee | | $100.14 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $102,132.27 |

**Class V Executory Contracts:**

1. Debtors reject the oral agreement with Marvin & Brenda McKinnon for the purchase of a 2013 Hyundai Elantra at $350.00 per month.
2. Debtors assume the lease purchase agreement with Flexshopper LLC., and will resume the regular monthly payments, to be paid outside the plan.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 36 | 60 | 1 | 1 | $5,040.11 | Debtor | 1 | $5,040.11 |
| | | 2 | 6 | $0.00 | Debtor | 5 | $0.00 |
| | | 7 | 60 | $2,009.00 | Debtor | 54 | $108,486.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $113,526.11 |
| Trustee Fee (10%) | $11,352.61 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $102,132.27 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $0.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $41.23 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $0.00 |
| Total Priority Claims: | $817.68 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $0.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $37,659 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $37,659 |
| Required Amount to Class IV.C. Claims | $0.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.00% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $65,310.11 |
| Less Trustee Fee: | $6,531.01 |
| Less payments to Creditors: | $102,132.27 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**
1. The Debtor will treat this claim as a long term debt and pay $100.00 per month through the plan. This debt will not be discharged upon completion of the plan.

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.

Form SP Post-Act 07012011(for Plan form 07-01-2011)